UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WORLDWIDE HOME PRODUCTS, INC.,

        Plaintiff,

-v-                                        No. 12 Civ. 5106 (LTS)

THREESIXTY SOURCING, LLC,

        Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 3 0 2013

## ORDER

Whereas this Court has this day entered an order invalidating patent No. US 7,938,300 for the "Nestable Hanger with Integrated Cascade Hook" (the "'300 Patent"), on the basis of inequitable conduct, in Worldwide Home Products, Inc. v. Time, Inc., case number 11 civ. 3633, and whereas the sole basis for the Complaint in this case is alleged infringement of the now unenforceable '300 Patent, the Court hereby dismisses the Complaint in the above-captioned case with prejudice. See Therasense, Inc. v. Becton, Dickinson & Co., 649 F.3d 1276, 1288 (Fed. Cir. 2011) ("[I]nequitable conduct regarding any single claim renders the entire patent unenforceable."). The Clerk of the Court is requested to enter judgment accordingly, terminate all pending motions, and close this case.

        SO ORDERED.

Dated: New York, New York
       September 30, 2013

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge